UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

THE GRAY CASUALTY & SURETY COMPANY,

Plaintiff,

v. Case No.: 6:25-cv-02303-GAP-LHP

RLH CONSTRUCTION, LLC,

Defendant,
_______________________________/

**ORDER**

This cause comes before the Court on The Gray Casualty & Surety Company's Proposed Bill of Costs (Doc. 56) filed July 28, 2026, and Motion for Attorney Fees (Doc. No. 57) filed July 31, 2026.

On November 10, 2026, the United States Magistrate Judge issued a report (Doc. No. 88) recommending that the motion be **DENIED** and that the Clerk tax costs in the amount of $2,850.65[1]. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.
2. The Motion for Attorney Fees is **DENIED** .

[1] The original Bill of Costs (Doc. 56) requested costs in the amount of $2,918.75.

3. The Gray Casualty & Surety Company shall file a new proposed Bill of Costs in the amounts consistent with the Report and Recommendation within 10 days from the date of this Order. Once filed, the Clerk is directed to tax costs in the amount of $2,850.65.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 25, 2026.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party